Good morning, Your Honors. May it please the Court, Ina Lipkin on behalf of the Petitioner. Your Honors, in light of the Court's recent decision of Hernandez-Soraya's, the Petitioner will submit on the briefs. All right. So, all right. That's what we wanted to know. All right. Thank you. We'll see what the government wants to say anything, and then you have 9 minutes and 43 seconds for rebuttal. Good morning. Good morning. May it please the Court, this is Dana Camilleri for the Attorney General. Given Petitioner's concession, unless there are any questions, I don't really have much to add. I take it you agree? I agree. Yes, we agree. That there's controlling authority at this point? That's correct. All right. Well, thank you both. I'm sorry that you had to appear, but we wanted to give you an opportunity to respond or distinguish, even though it appeared to be on point. Thank you both. This matter will now stand submitted. That is helpful. We appreciate it.
judges: Pratt, Schroeder, Callahan